# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE LEWIS T. BABCOCK

## COURTROOM MINUTES
_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | March 13, 2014 |
| Court Reporter: | Gwen Daniel | Probation: | Justine Kozak |

_____

Criminal Action No. 13-cr-00446-LTB          *Counsel:*

UNITED STATES OF AMERICA,                    Tim Neff

    Plaintiff,

v.

1. DOUGLAS ZACHER,                           Scott Varholak

    Defendant.

_____

## SENTENCING
_____

9:01 a.m.     Court in Session.

Defendant is present and on bond.

> Defendant plead guilty to Count 1 of the Information on December 19, 2013.

Statements by Mr. Varholak and Defendant.

**ORDERED**: Government's Motion for Sentencing Reduction for Defendant Douglas Zacher Pursuant to U.S.S.G. § 5K1.1 [Doc. No. 21, filed February 28, 2014] is GRANTED.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that Defendant, Douglas Zacher, is hereby placed on probation for a term of three years.

1

**ORDERED**:  Conditions of Probation:
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of Probation:
- (X) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.
- (X) The defendant will be required to pay for the cost of treatment as directed by the probation officer.
- (X) Defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

**ORDERED**:  Defendant shall pay a special assessment of $100.00, which is due and payable immediately.

**ORDERED**:  No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**:  Defendant advised of right to appeal.

9:10 a.m.     Court in Recess.
Hearing concluded.
Time:  00:09